THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Jody Bryant,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Orangeburg County
Luke N. Brown, Trial Judge
Diane Schafer Goodstein, Post-Conviction 
 Relief Judge

Memorandum Opinion No. 2004-MO-004
Submitted January 9, 2004  Filed January 
 27, 2004

DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of S.C. Office of Appellate 
 Defense, of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Assistant Deputy Attorney General Allen Bullard, and Assistant Attorney General 
 Elizabeth McMahon, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of 
 his application for post-conviction relief (PCR).
Because there is sufficient evidence to support the PCR 
 judges finding that petitioner did not knowingly and intelligently waive his 
 right to a direct appeal, we grant the petition for a writ of certiorari and 
 proceed with a review of the direct appeal issue pursuant to Davis v. State, 
 288 S.C. 290, 342 S.E.2d 60 (1986).
Petitioners appeal is dismissed, after consideration of 
 petitioners pro se brief and review pursuant to Anders v. 
 California, 386 U.S. 738 (1967).  Counsels motion to be relieved is granted.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., 
 concur.